# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:20-CR-271-ALM-AGD |
| | § |
| BREANA MONIQUE LLAMAS | § |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to the Court for a report and recommendation, it conducted a hearing on October 23, 2023, to determine whether Defendant violated the terms of her supervised release. Defendant was represented by Mr. Lee Tatum. The Government was represented by Assistant United States Attorney Maureen Smith.

On August 25, 2021, United States District Judge Amos L. Mazzant, III, sentenced Defendant to a term of twenty-four (24) months imprisonment followed by three (3) years of supervised release. *See* Dkt. 38 at 1–3. On November 24, 2021, Defendant completed her term of imprisonment and began serving her term of supervised release. *See* Dkt. 42 at 1.

On September 15, 2023, the Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 42), alleging Defendant violated eight conditions of her supervised release. *Id.* at 1–3. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall not communicate or interact with someone she knows is engaged in criminal activity; (3) Defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon; (4) Defendant must refrain from any unlawful use of a

1

controlled substance; (5) Defendant must report to the Probation Officer as instructed; (6) Defendant must not knowingly leave the federal judicial district where she is authorized to reside without first getting permission from the Court or the Probation Officer; (7) Defendant must live at a place approved by the Probation Officer and notify the Probation Officer at least ten days before changing her living arrangements; and (8) if Defendant is arrested or questioned by a law enforcement officer, she must notify the Probation Officer with seventy-two hours. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1)–(3) On September 3, 2023, officers with the Gainesville Police Department responded to an apartment where an unresponsive female appeared to be "pistol whipped." Contact was made with a female at the residence who advised officers that Josue Victorio had been at the apartment "talking s**t and displaying a firearm." Victorio then left and was involved in a single vehicle accident and transported to the hospital. Officers responded to the location of the accident and to look for a firearm. Officers were unable to locate a firearm but then received a call from the female at the residence who stated "the bags were taken to another apartment and were being loaded into Defendant's vehicle.

Officers observed Defendant driving the vehicle in the parking lot and motioned for her to stop. Defendant stopped the vehicle and spoke with the officer who observed several bags and a laundry basket in the backseat of Defendant's vehicle. Defendant was asked about the bags and stated that she received them from "Poe" and was taking them to Victorio's sister, since he was in the hospital. Defendant was asked if she looked in the bags, and she stated that she looked in one of them. She stated she believed Victorio was on "bars" (Xanax), and she did not want to transport illegal drugs. Defendant was told the bags contained clothes, and she only observed clothes in the bag. The officer asked Defendant for permission to look in the bag and advised her the bags were in her vehicle and she had control of them.

Officers opened the animal print duffle bag and observed a DPMS, SBR, 4.5mm BB gun wrapped in a towel. In a teal, soft-side cooler, a black, Shadow Systems, 9x19mm, MR920 handgun was located. The magazine in the handgun contained nine Winchester bullets. Charges were filed against Defendant for Unlawful Possession of a Firearm by a Felon in violation of Texas Penal Code § 46.04.

Officers located a glass pipe with what appeared to be a "usable amount of a crystal-like substance" in it. Defendant was arrested for Possession of Drug Paraphernalia. She sat the ticket out in the Cooke County Jail, and the case has been disposed of.

On September 14, 2023, the Gainesville Police Department issued a warrant for Defendant's arrest based on the substance found in the pipe. She is being charged with Possession of a Controlled Substance.

(4) On May 4, 2022, Defendant submitted a urine specimen at McCary Counseling in Denton, Texas, which tested positive for cocaine and methamphetamine. The specimen was sent to Abbott/Alere Toxicology for confirmation. The specimen was confirmed positive for cocaine and was also diluted.

On June 23, 2022, Defendant submitted a urine specimen at McCary Counseling in Denton, Texas, which tested positive for cocaine. This specimen was sent to Abbott/Alere Toxicology for confirmation and was confirmed positive for cocaine.

On September 12, 2023, Defendant submitted a urine specimen at the U.S. Probation Office, which tested presumptively positive for marijuana and amphetamine. She denied said use, and the specimen was sent to the lab for confirmation testing.

(5) Defendant failed to submit her electronic monthly report for the month of August 2023.

(6) On March 30, 2022, Defendant traveled to Colorado City, Texas, which is outside of the Eastern District of Texas, without permission from the Court or the Probation Officer.

(7) On April 22, 2022, an unannounced home visit resulted in negative contact. The Probation Officer observed a note on the mailbox asking the postal services to not place mail in the box since the residence was empty. Defendant was contacted, and she stated she moved to her grandmother's residence, a few blocks over, the week prior.

On April 14, 2023, an unannounced home visit was conducted. Contact was made with Defendant's grandfather, who stated he felt she was doing well; however, she was not living at the residence. On May 9, 2023, Defendant advised the Probation Officer that she was living with her boyfriend, but she had returned to her grandmother's residence due to his volatile behavior. Defendant failed to notify the U.S. Probation Office of her change in residence.

(8) On March 30, 2022, Defendant was stopped by the Colorado City Police Department and issued a citation for speeding. The officer smelled the odor of "fresh marijuana." Defendant failed to notify the U.S. Probation Office of her contact with law enforcement.

On September 3, 2023, Defendant was arrested by the Gainesville Police Department for Possession of Drug Paraphernalia. Defendant failed to notify the U.S. Probation Office of her contact with law enforcement.

On October 23, 2023, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for October 23, 2023. Defendant entered a plea of true to allegations one through eight, consented to revocation of her supervised release, and waived her right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt. 53. The Court finds Defendant violated the terms of her supervised release, and thus, her supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the October 23, 2023 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to run consecutively to any other term of imprisonment, with no term of supervised release to follow. The Court further recommends Defendant be placed at FCI Seagoville, in Seagoville, Texas, if appropriate.

**So ORDERED and SIGNED this 24th day of October, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE